The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



John P. Gustafson
United States Bankruptcy Judge

**Dated: April 5 2016**

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **In Re:** | * | **Case No. 15-32574 G** |
| **Victoria Lynn Cameron** | * | **HON. JOHN P. GUSTAFSON** |
| | * | |
| **Debtor(s)** | * | **Chapter 13** |

### STIPULATED ORDER AMENDING CHAPTER 13 PLAN

    Now comes Elizabeth A. Vaughan, the Standing Chapter 13 Trustee, Debtor(s) and Counsel for Debtor(s) herein, who stipulate that the following Amendments to the Chapter 13 Plan for the above referenced case are hereby agreed to by all parties. The parties further agree that upon entry of this Stipulated Order, the Amendments noted herein shall constitute a regularly filed amendment to the Chapter 13 Plan filed on 8/7/15.

    ☐ **The Chapter 13 Plan payment originally proposed in the amount of**
$_____ **per month, is hereby amended to**
$_____ **per month for the remaining \_\_\_\_ months of the \_\_\_\_ month plan.**

☐ The Chapter 13 Plan originally providing for payments to be made for a period of _____ months is hereby amended and the plan payments shall be made for a period of _____ months.

☑ **All** tax returns / net refunds for tax years __2015,16,17,18,19___; shall be submitted to the Standing Chapter 13 Trustee during the pendency of this case by April 15th each year.

☐ The Debtor(s) agrees that no changes to the payroll withholdings will be made without the written permission of the Trustee.

☑ The Chapter 13 plan originally proposed at a percentage of ___79__% is hereby increased to the percentage of ___100___%

☐ This case shall be reviewed annually as tax returns/refunds are received to determine if the dividend to unsecured creditors can be increased.

The parties further agree that all other aspects of the Chapter 13 Plan for the above-captioned case shall remain the same.

**APPROVED THIS ____29th_____ day of _____March_____, 2016.**

*/s__Elizabeth A. Vaughan_____*
**Standing Chapter 13 Trustee**

*/s/__Scott A. Ciolek_____*
**Attorney for Debtor(s)**

*/s/__Victoria Cameron_____*
**Debtor**

*/s/_____*
**Debtor**